UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTRESS FIRM, INC.,<br><br>        Defendant. | Case No. 20-cv-06516-KAW<br><br>**ORDER REQUIRING JOINT STATUS REPORT; VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 21 |

On July 27, 2021, the parties filed their case management conference statement,[1] in which they stated that they "anticipate finalizing the terms of the [Settlement] Agreement within 30 days." (Dkt. No. 21 at 6.) Accordingly, the Court VACATES the August 3, 2021 case management conference and ORDERS the parties to file a joint status report as to the status of settlement by **September 2, 2021**.

IT IS SO ORDERED.

Dated: July 29, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] The Court notes that Defendant stated that it did not consent to magistrate judge jurisdiction in the case management conference statement. (Dkt. No. 21 at 6.) Plaintiff and Defendant previously filed consents to magistrate judge jurisdiction. (Dkt. Nos. 5, 13.) Once all parties have consented, there is no absolute right to withdraw that consent. *See Dixon v. Ylst*, 990 F.2d 478, 480 (9th Cir. 1993). Rather, the referral to a magistrate judge can only be vacated by the court "for good cause shown on its own motion, or under extraordinary circumstance shown by any party." 28 U.S.C. § 636(c)(4). No such extraordinary circumstances have been articulated by Defendant.