UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIS LANGER,

              Plaintiff,

      v.

MATTRESS FIRM, INC.,

              Defendant.

Case No.  20-cv-06516-KAW

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 23

On September 2, 2021, the parties filed a joint status report stating that the parties had finalized the settlement agreement, which Plaintiff signed on August 5, 2021.  (Dkt. No. 23 at 1.) Defendant, however, has not signed despite Plaintiff following up with Defendant's counsel.  (*Id.*)

The Court notes that this is the second time Defendant did not respond to Plaintiff's attempts to finalize the settlement agreement.  (*See* Dkt. No. 19 at 1-2.)  As Defendant provides no explanation for the failure to sign the settlement agreement in the joint status report, the repeated failure to finalize the settlement agreement appears to be an improper delay tactic.

Accordingly, the Court ORDERS Defendant to show cause why the repeated failure to sign the agreement is not an improper delay tactic by explaining why Defendant has not signed the settlement agreement.  Defendant's response is due within **one week** of the date of this order.

IT IS SO ORDERED.

Dated: September 24, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge